THE PEOPLE ex rel. JOHN E. ROOSEVELT, as Administrator, etc., Appellant, *v.* EDWARD P. BARKER et al., as Commissioners, etc., Respondents.

(Argued June 19, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 18, 1894, which affirmed an order of Special Term dismissing a writ of certiorari to review an assessment by defendants of the personal estate of Amos Cotting, deceased.

*George C. Kobbe* for appellant.

*D. J. Dean* for respondents.

Agree to affirm on opinion of Special Term.
All concur.
Order affirmed.